| 1. Person Reporting (last name, first, middle initial) Zipps, Jennifer G. | 2. Court or Organization United States District Court, District of Arizona | 3. Date of Report 06/23/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge | 5a. Report Type (check appropriate type) ☑ Nomination, Date 06/23/2011 ☐ Initial ☐ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2010 to 05/30/2011 |
| 7. Chambers or Office Address 405 W. Congress, Ste 3180 Tucson, AZ 85701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting Individual and spouse; see pp. 17-24 of filing Instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/09-12/09 | Arizona State Retirement System Annuity | $14,158.00 |
| 2. 1/10-12/10 | Arizona State Retirement System Annuity | $14,158.00 |
| 3. 1/11-5/11 | Arizona State Retirement System Annuity | $5,899.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing Instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 06/23/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

# FINANCIAL DISCLOSURE REPORT
Page 4 of 9

Name of Person Reporting

Zipps, Jennifer G.

Date of Report

06/23/2011

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Bank of America (Accounts) | A | Interest | M | T | Exempt | | | | |
| 2. Princess Jennifer LLC (LLC owns shopping ctr in NM) | | None | K | R | | | | | |
| 3. Metropolitan Life money market | D | Interest | O | T | | | | | |
| 4. Bank of America (Accounts) | A | Interest | M | T | | | | | |
| 5. Fidelity Emerging Euro Mid East Africa mutual fund | A | Dividend | J | T | | | | | |
| 6. Fidelity Int'l Discovery mutual fund | A | Dividend | L | T | | | | | |
| 7. Fidelity Intern'tl Small cap mutual fund | A | Dividend | K | T | | | | | |
| 8. Fidelity China Region mutual fund | A | Dividend | K | T | | | | | |
| 9. Fidelity Emerging Markets mutual fund | A | Dividend | K | T | | | | | |
| 10. Fidelity Stock Selector Small Cap mutual fund | A | Dividend | K | T | | | | | |
| 11. Fidelity Capital Appreciation mutual fund | A | Dividend | L | T | | | | | |
| 12. Fidelity Mega Cap Stock fund mutual fund | A | Dividend | K | T | | | | | |
| 13. Fidelity Growth Co. mutual fund | A | Dividend | L | T | | | | | |
| 14. Fidelity Select Energy mutual fund | A | Dividend | K | T | | | | | |
| 15. Fidelity Value Strategies mutual fund | A | Dividend | K | T | | | | | |
| 16. Fidelity AZ Municipal money market fund (checking acct) | A | Dividend | J | T | | | | | |
| 17. Traveler's Insurance, common stock | A | Dividend | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000

F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000

N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
U =Book Value
R =Cost (Real Estate Only)
V =Other
S =Assessment
W =Estimated
T =Cash Market

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Arizona Municipal Income Fund | D | Dividend | M | T | | | | | |
| 19. Fidelity 401(k) (Y) | A | Dividend | | | | | | | |
| 20. -Fidelity Capital App mutual fund | | | | | | | | | |
| 21. -Fidelity Contrafund mutual fund | | | | | | | | | |
| 22. -Fidelity Diversified Int'l mutual fund | | | | | | | | | |
| 23. -Fidelity Europe mutual fund | | | | | | | | | |
| 24. -Fidelity Growth Co mutual fund | | | | | | | | | |
| 25. -Fidelity Int'l Discovery mutual fund | | | | | | | | | |
| 26. -Fidelity Large Cap Stock mutual fund | | | | | | | | | |
| 27. -Fidelity Small Cap Stock mutual fund | | | | | | | | | |
| 28. Northwestern Mutual IRA | A | Dividend | N | T | | | | | |
| 29. -Alliance Bernstein International Fund (Y) | | | | | | | | | |
| 30. -The Bond Fund of America Class F-1 (Y) | | | | | | | | | |
| 31. -Columbia Acorn International Fund | | | | | | | | | |
| 32. -Credit Suisse Commodity Return | | | | | | | | | |
| 33. -DWS Dreman Small Cap Value Fund | | | | | | | | | |
| 34. -Davis NY Venture Class A | | | | | | | | | |

1. Income Gain Codes:
(See Columns B1 and D4)
2. Value Codes
(See Columns C1 and D3)

3. Value Method Codes
(See Column C2)

| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## Page 6 of 9

Name of Person Reporting

Zipps, Jennifer G.

Date of Report

06/23/2011

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Delaware Emerging Markets Fund Class A | | | | | | | | | |
| 36. -Dodge & Cox Income Fund | | | | | | | | | |
| 37. -Eagle Capital Appreciation Trust | | | | | | | | | |
| 38. -Eagle Small Cap Growth Fund Class A | | | | | | | | | |
| 39. -Fidelity Advisor Leverage Company (Y) | | | | | | | | | |
| 40. -Fidelity Advisor Mid Cap II Fund | | | | | | | | | |
| 41. -Fidelity Advisor New Insights Fund Class | | | | | | | | | |
| 42. -Harbor Bond Fund Institutional Class | | | | | | | | | |
| 43. -The Oakmark International Fund | | | | | | | | | |
| 44. -The Oakmark International Small Cap Fund | | | | | | | | | |
| 45. -Perkins Mid Cap Value Fund | | | | | | | | | |
| 46. -Loomis Sayles Bond Fund Retail | | | | | | | | | |
| 47. -MFS Value Fund Class W | | | | | | | | | |
| 48. -MFS High-Yield Opportunities Fund | | | | | | | | | |
| 49. -Mainstay Icap Select Equity Fund | | | | | | | | | |
| 50. -Marisco International Opportunities Fund (Y) | | | | | | | | | |
| 51. -T Rowe Price Emerging Markets | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

# FINANCIAL DISCLOSURE REPORT
Page 7 of 9

Name of Person Reporting

Zipps, Jennifer G.

Date of Report

06/23/2011

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -T Rowe Price Real Estate | | | | | | | | | |
| 53. -Scout International Fund | | | | | | | | | |
| 54. -NW Mutual General Money Mkt Fund Class B | | | | | | | | | |
| 55. -MFS International Growth Fund Class W | | | | | | | | | |
| 56. Northwestern Mutual Whole Life Policy | A | Dividend | K | T | | | | | |
| 57. Mass Mutual Variable Life Policy | A | Interest | J | T | | | | | |

1. Income Gain Codes:
(See Columns B1 and D4)
2. Value Codes
(See Columns C1 and D3)
3. Value Method Codes
(See Column C2)

A =$1,000 or less
F =$50,001 - $100,000
J =$15,000 or less
N =$250,001 - $500,000
P3 =$25,000,001 - $50,000,000
Q =Appraisal
U =Book Value

B =$1,001 - $2,500
O =$100,001 - $1,000,000
K =$15,001 - $50,000
O =$500,001 - $1,000,000
R =Cost (Real Estate Only)
V =Other

C =$2,501 - $5,000
H1 =$1,000,001 - $5,000,000
L =$50,001 - $100,000
P1 =$1,000,001 - $5,000,000
P4 =More than $50,000,000
S =Assessment
W =Estimated

D =$5,001 - $15,000
H2 =More than $5,000,000
M =$100,001 - $250,000
P2 =$5,000,001 - $25,000,000
T =Cash Market

E =$15,001 - $50,000

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 971 | 439 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 1 | 053 | 311 | Notes payable to relatives | | | |
| Unlisted securities – see schedule | | 36 | 000 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | 175 | 566 | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – personal residence | | 364 | 191 |
| Real estate owned – personal residence | | 575 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 63 | 247 | | | | |
| Cash value-life insurance | | 23 | 904 | | | | |
| Other assets itemize: | | | | | | | |
| Thrift Savings Plan | | 535 | 003 | | | | |
| Arizona Retirement System 15-Year Annuity | | 136 | 860 | | | | |
| | | | | Total liabilities | | 364 | 191 |
| | | | | Net Worth | 3 | 206 | 139 |
| Total Assets | 3 | 570 | 330 | Total liabilities and net worth | 3 | 570 | 330 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |